JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>       v.<br><br>BEST BUILDERS & DEVELOPMENT, INC., a California Corporation, KEN LUPTON, an individual, LORI LUPTON, an individual, 1801 BALBOA, LLC, a California Limited Liability Company, and 15820 ROYAL OAK, LLC, a California Limited Liability Company, and DOES 1 through 10,<br><br>                    Defendants. | Case No. 2:25-cv-04823-MCS-JC<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Dismissing Case for Lack of Subject-Matter Jurisdiction, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: July 28, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2